# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:17-cv-0192 (JDB) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of State hereby stipulate to the dismissal of this action, with prejudice, with each side bearing its own attorney's fees and costs.

Dated: July 24, 2017

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | CHANNING D. PHILLIPS, D.C. Bar No. 415793 |
| | United States Attorney |
| */s/ Jason B. Aldrich* | |
| D.C. Bar No. 495488 | DANIEL F. VAN HORN, D.C. Bar No. 924092 |
| 425 Third Street SW, Suite 800 | Chief, Civil Division |
| Washington, DC  20024 | |
| Tel:  (202) 646-5172 | */s/ Scott Leeson. Sroka* |
| Fax:  (202) 646-5199 | SCOTT LEESON SROKA |
| E-mail:  jaldrich@judicialwatch.org | Member of New York Bar |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| *Attorneys for Plaintiff* | Washington, DC 20530 |
| | Telephone: (202) 252-7113 |
| | Scott.Sroka@usdoj.gov |
| | |
| | *Counsel for Defendant* |